**2003–1828.   Castrataro v. Urban.**
Franklin App. No. 03AP–128, 2003-Ohio-4705. Reported at 100 Ohio St.3d 1547, 2003-Ohio-6879, 800 N.E.2d 752. On motion for reconsideration. Motion denied.